# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| James A. Woods, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| ) | |
| Gene Zimmerman and ) | |
| Zimmerman's Furniture, et. al., ) | Case No. 1:08-cv-31 |
| ) | |
| Defendants. ) | |

Before the court is a "Stipulation of Dismissal" filed on May 28, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 21) and **ORDERS** that the case be dismissed with prejudice and on its merits and without cost to any party.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court